UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

JONG PARK

PROCEEDINGS: Initial Appearance-Rule 5

MAGISTRATE'S COURTROOM MINUTES

MAGISTRATE JUDGE: Patty Shwartz

MAGISTRATE NO.: 11-3074(PS)

DATE OF PROCEEDINGS: 6/8/11

DATE OF ARREST: 6/8/11

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(X) APPT. OF COUNSEL: ✓ AFPD __ CJA
(X) WAIVER OF HRG.: __ PRELIM ✓ REMOVAL Identity
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: __ GUILTY __ NOT GUILTY
( ) PLEA AGREEMENT
(X) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER ______

( ) TEMPORARY COMMITMENT
( ) COMMITMENT TO ANOTHER DISTRICT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(X) BAIL SET: $10,000.00 Unsecured
(X) TRAVEL RESTRICTED to NJ & Washington, D.C. for Court purpose
(X) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
(X) MENTAL HEALTH TESTING AND/OR TREATMENT
(X) SURRENDER &/OR OBTAIN NO PASSPORT
(X) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG DATE: ______
( ) DETENTION / BAIL HRG. DATE: ______
( ) TRIAL: __ COURT __ JURY DATE: ______
( ) SENTENCING DATE: ______
( ) OTHER: ______ DATE: ______

APPEARANCES:

AUSA Dara Govan

DEFT. COUNSEL John Yauch

PROBATION ______

INTERPRETER Kim Master
Language: ( Korean )

Time Commenced: 3:55 p.m.
Time Terminated: 4:05 p.m.
CD No: ECR

Amy Andersonn
DEPUTY CLERK