**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**UNITED STATES OF AMERICA**

# ORDER

**v.**

**JONG PARK**

**MAGISTRATE NO. 11-3074(PS)**

**The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,**

**It is on this 8th day of June , 2011,**

**ORDERED that John Yauch from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.**

**S/Patty Shwartz**
**PATTY SHWARTZ**
**United States Magistrate Judge**